FROM: HENRY FIORENTINO
NO: 77901053
DATE: 11/15/21

CASE NO: 1:17:CV07234 LDH
#1:08-CR-00242 LDH

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 19 2021 ★
BROOKLYN OFFICE

TO: CLERK OF COURT, JUDGE DEARCY HALL

CLERK OF COURT Please send me an application for a Writ of Mandamus, Docket Sheet

DEAR Judge Dearcy Hall: I originally filed my 2255 4 years ago 12/2017 Docket #1289, since then I have filed numerous request for a hearing to include an expedited motion on 8/15/2020 docket #1381, all have been ignored by your honor. Several months ago on 2/11/2021 Docket #1396 my attorney R. Willstatter filed a letter requesting to be appointed to the 2255 and a hearing be held. Nothing was resolved.

After much frustration with this court today I received a letter from attorney Willstatter stating: "In view of the courts "Failure" to rule on the First Step Act motion and her "Failure" to appoint me to the 2255 motion I am asking to be relieved as counsel. I share attorney Willstatter's frustration with this court and don't understand why its been 4 years with no resolution to my 2255 and appointment of counsel.

I respectfully request that you appoint Mr. Willstatter and order a hearing within 14 days of this letter or send me an application for a Writ of Mandamus. I pray this letter does not go unanswered or that you make an

ARBITRARY AND BIASED decision AGAINST me IN RETALIATION FOR THIS Letter.

AGAIN The Facts OF This Case Are UNdISPUTABLE IN My FAVOR ANd Deserve SUMMARy JUdgement OR IN The Very Least A FAIR Hearing

Thank YOU
SINCerely
*[signature]*

RECEIVED
NOV 2 2 2021
PRO SE OFFICE

RECEIVED
PRO SE OFFICE
NOV 2 2 2021

TO: Clerk Of Court
Pro Se Office

From: Henry Fiorentino
77401053
F.C.I. Gilmer
P.O. Box 6000
Glenville, WV 26351

To: Pro se Clerks Office
U.S. District Court Rm 118-S
225 Cadman Plaza East
Brooklyn, N.Y. 11201

11201-181809

Legal Mail